**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-17-00371-CR**
_____

**ROBERT JOSEPH FOUNTAIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Jefferson County, Texas**
**Trial Cause No. 310293**

**MEMORANDUM OPINION**

Robert Joseph Fountain has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

1

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on May 15, 2018
Opinion Delivered May 16, 2018
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.